# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-50077
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 16, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LUIS ALFONSO OYUELA-BAQUEDANO, also known as Luis Alonzo Oyuela-Baquedano,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 2:13-CR-541-1

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Luis Alfonso Oyuela-Baquedano raises arguments that are foreclosed by *United States v. Teran-Salas*, 767 F.3d 453, 458-62 (5th Cir. 2014), *cert. denied*, 135 S. Ct. 1892 (2015). In *Teran-Salas*, we determined that the appellant was not entitled to relief based merely on the existence of a theoretical possibility that the defendant

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-50077

could be convicted under Texas Health and Safety Code § 481.112(a) for conduct that would not qualify as a federal drug trafficking offense. *See Teran-Salas*, 767 F.3d at 458. Oyuela-Baquedano has not demonstrated "a realistic probability that Texas would prosecute under an 'administering' theory in a way that does not also constitute either 'dispensing' or 'distributing' under the federal sentencing guidelines." *Id.* at 461-62. Accordingly, the Government's motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.